UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

_____
                              )
**RUSSELL KING**               )
                              )
    **Plaintiff**      )    Case Number:  10-340
                              )
    vs.               )
                              )    CIVIL ACTION
**ENCORE RECEIVABLE**          )
**MANAGEMENT, INC.**           )
                              )
    **Defendant**     )
_____)

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Russell King, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

        BY: /s/  Brent F. Vullings
            Brent F. Vullings, Esquire
            Attorney for Plaintiff
            Attorney I.D. #92344
            Warren & Vullings, LLP
            1603 Rhawn Street
            Philadelphia, PA  19111
            215-745-9800